**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lucas Gerardo SANCHEZ–**
**SANDOVAL, Defendant–**
**Appellant.**

Nos. 11–10385, 11–10610.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 19, 2012.

Christina Marie Cabanillas, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Randolfo V. Lopez, Tucson, AZ, for Defendant–Appellant.

Lucas Gerardo Sanchez–Sandoval, Florence, CO, pro se.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

### MEMORANDUM ***

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provid-

In these consolidated appeals, Lucas Gerardo Sanchez–Sandoval appeals from the revocation of his supervised release and the consecutive 21–month sentences imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez–Sandoval's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanchez–Sandoval the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.